

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-83,981-01 and WR-83,981-02

### EX PARTE ANNA MERCEDEZ GUTIERREZ, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 08-01-00886-CR(1) AND 08-01-00889-CR(1)
### IN THE 410TH DISTRICT COURT FROM MONTGOMERY COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery in cause number 08-01-00886-CR and aggravated robbery and aggravated assault on a public servant in cause number 08-01-00889-CR. She was sentenced to concurrent terms of imprisonment.

Applicant contends, *inter alia*, that she was denied her right to direct appeals. The State agrees, and the trial court recommends granting relief. The findings and recommendation, however, do not address whether laches should or should not bar habeas relief. *Ex parte Smith*, 444 S.W.3d 661 (Tex. Crim. App. 2014); *Ex Parte Perez*, 398 S.W.3d 206 (Tex. Crim. App. 2013).

The trial court shall enter further findings regarding whether the reporter's record from Applicant's guilty pleas and punishment hearing exists and whether laches should apply to Applicant's claims for late appeals. Applicant shall also be given an opportunity to explain her delay in requesting late appeals. *Smith*, 444 S.W.3d at 670. To make the findings, the trial court may use any means set out in TEX. CODE CRIM. PROC. art. 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wishes to be represented by counsel, the trial court shall appoint an attorney to represent Applicant at the hearing. TEX. CODE CRIM. PROC. art. 26.04. The trial court shall also make any other findings of fact and conclusions of law that it deems relevant and appropriate to the disposition of Applicant's claims for habeas corpus relief.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: January 27, 2016
Do not publish